IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AARON MICHAEL LEWIS**                                                                                    **PETITIONER**
Reg # 16557-045

v.                                         Case No. 4:23-cv-01013-KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                              **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 29). Petitioner Aaron Michael Lewis has not filed any objections, and the time to file objections has passed. Given that this case was recently assigned to the undersigned, the undersigned has reviewed *de novo* the record, even though no objections to the Proposed Findings and Recommendation have been filed. Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses, with prejudice, Mr. Lewis's petition for writ of habeas corpus (Dkt. No. 1). The Court declines to issue a certificate of appealability. Mr. Lewis's motion for appointment of counsel is denied as moot (Dkt. No. 30).

It is so ordered this the 27th day of January, 2025.

_____
Kristine G. Baker
Chief United States District Judge